**Opinion issued May 18, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-22-00470-CV**

———————————

**WILLIAM RUSSELL MARTIN AND SARA RAZAVI ZAND, Appellants**

**V.**

**REBECCA JEAN WESTFALL, Appellee**

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-77447**

## MEMORANDUM OPINION

Appellants, William Russell Martin and Sara Razavi Zand, filed a notice of appeal from the trial court's April 8, 2022 "Final Order Denying Protective Order and Granting [Appellee] Rebecca Jean Westfall's Motion for Sanctions Against [Appellants] William Russel Martin and Attorney Sara Razavi Zand," and the trial court's June 13, 2022 "Order Denying [Appellants] William Russell Westfall and

Sara [Razavi Zand's] Motion to Vacate Sanctions Order and Motion for New Trial." On May 5, 2023, the parties, representing that they had "since agreed to settle their dispute," filed an "Agreed Motion to Vacate Judgment and Motion to Dismiss."

In their motion, the parties stated that they had reached an agreement in which appellee "agree[d] to the vacation of the sanctions order," and therefore "jointly ask[ed] the Court to: (1) render a judgment effectuating the parties' agreement; and (2) vacate the sanctions order at issue without regard to the merits and dimiss the case with prejudice." *See* TEX. R. APP. P. 42.1(a)(2)(A), (B). The parties' motion further stated that the parties agreed "that all costs of this appeal shall be borne by the party incurring the same."

No other party has filed a notice of appeal, and opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c).

Accordingly, we grant the parties' motion, dismiss the appeal, and set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(e). We direct the Clerk of this Court that costs are to be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.